IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

TAVARIS MINOR,
Defendant.

Criminal Action No.
1:12-CR-397-SCJ

## ORDER

This matter is before the Court for consideration of the Report and Recommendation of the Honorable Linda T. Walker, United States Magistrate [Doc. No. 40], to which no objections have been filed. After reviewing the Report and Recommendation, it is received with approval and **ADOPTED** as the opinion and order of this Court. Accordingly, Defendant's Motions to Suppress [Doc. Nos. 13, 14, 15, 16] are hereby DENIED.

IT IS SO ORDERED, this 19th day of February, 2014.

HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE